Richard L. Schwartz (NY Bar No. 1821081)*
Geralyn J. Trujillo (NY Bar No. 3008117)*
John A. Ioannou (NY Bar No. 2646909)*
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, New York 10271
Telephone: 212-416-8282 (Richard L. Schwartz)
Telephone: 212-416-6677 (Geralyn J. Trujillo)
Telephone: 212-416-8268 (John A. Ioannou)
Facsimile:  212-416-6015
Email: Richard.Schwartz@ag.ny.gov
          Geralyn.Trujillo@ag.ny.gov
          John.Ioannou@ag.ny.gov

*Automatic Pro Hac Vice Admission
Pursuant to Pretrial Order No. 1,
Dated July 3, 2007 (Waiving Civil L.R. 11-3)

**Attorneys for Plaintiff, State of New York**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br><br>This Document Relates To:<br><br>State of New York v. AU Optronics Corp., et al., 3:11-cv-711 SI | CASE NO. 3: 07-md-1827 SI<br>MDL NO. 1827<br><br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>**The Honorable Susan J. Illston** |

.

WHEREAS, the Local Rules of the United States District Court for the Northern District of

California, Civil Local Rules 7-3(a) and 7-4(b) would otherwise govern the page limits for the State

of New York's Brief in Opposition to Defendants' Motion to Dismiss Amended Complaint or in the

Alternative to Stay in Part;

2c9cac6d4c42ecfb

NOW, THEREFORE, the Undersigned Parties, acting by and through their respective counsel of record, hereby stipulate and agree as follows:

1.  The page limit for the State of New York's Brief in Opposition to Defendants' Motion to Dismiss Amended Complaint or in the Alternative to Stay in Part, due June 21, 2011, may be up to 35 pages.

2.  All other Local Rules shall remain in effect with respect to the briefing.


   **IT IS SO STIPULATED**

Dated:  June 20, 2011

                                   By:  /s/ Richard L. Schwartz
                                        Richard L. Schwartz (PRO HAC VICE)
                                        John A. Ioannou (PRO HAC VICE)
                                        Assistant Attorneys General
                                        120 Broadway, 25th Floor
                                        New York, New York 10271
                                        Tel. (212) 416-8284
                                        Richard.Schwartz@ag.ny.gov
                                        *Attorneys for Plaintiff*
                                        State of New York



Dated:  June 20, 2011

                                   By:   /s/ Michael R. Lazerwitz
                                        Michael R. Lazerwitz (PRO HAC VICE)
                                        Jeremy J. Calsyn (State Bar No. 205062)
                                        Lee F. Berger (State Bar No. 222756)
                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                        2000 Pennsylvania Ave., NW
                                        Washington, DC 20006
                                        (202) 974-1500 (Phone)
                                        (202) 974-1999 (Facsimile)
                                        mlazerwitz@cgsh.com

                                        *Attorneys for Defendants*
                                        LG Display Co., Ltd. and LG Display America, Inc.

STIPULATION AND [PROPOSED] ORDER, Case No. M: 07-1827 SI

1
2

Dated:  June 20, 2011

3

By: /s/ Christopher A. Nedeau

4
Christopher A. Nedeau
Carl L. Blumenstein
5
Allison Dibley
NOSSAMAN LLP
6
50 California Street, 34th Floor
San Francisco, CA  94111
7
(415) 438-7274 (telephone)

8
*Attorneys for Defendants*
9
AU Optronics Corporation and AU Optronics
Corporation America, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER, Case No. M: 07-1827 SI

1   Dated:  June 20, 2011

2
By: /s/ Christopher B. Hockett
3
Christopher B. Hockett (SBN 121539)
4   Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
5   Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
6   DAVIS POLK & WARDWELL LLP
1600 El Camino Real
7   Menlo Park, California  94025
(650) 752-2000 / (650) 752-2111
8   chris.hockett@davispolk.com
neal.potischman@davispolk.com
9   sandra.west@davispolk.com
samantha.knox@davispolk.com
10   micah.block@davispolk.com

11
Jonathan D. Martin (admitted pro hac vice)
12   Bradley R. Hansen (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
13   450 Lexington Avenue
New York, New York 10017
14   (212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
15   bradley.hansen@davispolk.com

16
*Attorneys for Defendants*
17   Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics
Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan
18   Co., Ltd.

19

20

21

22

23

24

25

26

27

28

4

1    Dated:  June 20, 2011

2
                                    By:  /s/ Kent M. Roger
3                                       Kent M. Roger (State Bar No. 95987)
                                        Michelle Kim-Szrom (State Bar No. 252901)
4                                       MORGAN LEWIS & BOCKIUS LLP
                                        One Market, Spear Street Tower
5                                       San Francisco, CA 94105-1126
                                        (415) 442-1000 (Phone)
6                                       (415) 442-1001 (Facsimile)
                                        kroger@morganlewis.com
7                                       mkim-szrom@morganlewis.com

8
                                        *Attorneys for Defendants*
9                                   Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic
                                        Devices (USA), Inc.
10
    Dated:  June 20, 2011
11

12                                  By: /s/ Robert Wick
                                        Robert Wick (*pro hac vice*)
13                                      Neil Roman (*pro hac vice*)
                                        Derek Ludwin (*pro hac vice*)
14                                      COVINGTON & BURLING LLP
                                        1201 Pennsylvania Ave., NW
15                                      Washington, DC 20004
                                        (202) 662-6000 (telephone)
16

17                                      *Attorneys for Defendants*
                                        Samsung Electronics Co., Ltd.,
18                                      Samsung Semiconductor, Inc. and
                                        Samsung Electronics America, Inc.
19
    Dated:  June 20, 2011
20

21                                  By: /s/ John M. Grenfell
                                        John M. Grenfell
22                                      Jacob R. Sorensen
                                        Fusae Nara
23                                      Andrew D. Lanphere
                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
24                                      50 Fremont Street
                                        San Francisco, CA  94105
25

26                                      *Attorneys for Defendants*
                                        Sharp Corporation
27                                      Sharp Electronics Corp.

28

                                            5

Dated:  June 20, 2011

By:  /s/ Christopher M. Curran

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (telephone)

*Attorneys for Defendants*
Toshiba Corporation, Toshiba Mobile Display Co., Ltd.,
Toshiba America Electronic Components, Inc. and
Toshiba America Information Systems, Inc.

Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED

_____
Honorable Susan J. Illston

6/21/11
_____        _____
Date Entered

STIPULATION AND [PROPOSED] ORDER, Case No. M: 07-1827 SI

Richard L. Schwartz (NY Bar No. 1821081)*
Geralyn J. Trujillo (NY Bar No. 3008117)*
John A. Ioannou (NY Bar No. 2646909)*
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, New York 10271
Telephone: 212-416-8282 (Richard L. Schwartz)
Telephone: 212-416-6677 (Geralyn J. Trujillo)
Telephone: 212-416-8268 (John A. Ioannou)
Facsimile:  212-416-6015
Email:  Richard.Schwartz@ag.ny.gov
        Geralyn.Trujillo@ag.ny.gov
        John.Ioannou@ag.ny.gov

*Automatic Pro Hac Vice Admission
Pursuant to Pretrial Order No. 1,
Dated July 3, 2007 (Waiving Civil L.R. 11-3)

**Attorneys for Plaintiff State of New York**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL)  ANTITRUST LITIGATION | MASTER FILE NO. 07-md-1827-SI MDL File No. 1827 |
| | CASE NO. 3:11-CV-711-SI |
| This Document Relates To: State of New York v. AU Optronics Corp., et al., 3:11-cv-711 SI | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

    I,  John  A. Ioannou, an Assistant Attorney General in the Office of the Attorney General, State of New York, Antitrust Bureau, hereby certify that on June 20, 2011, a copy of the following:

**STIPULATION AND [PROPOSED]  ORDER.**

1

2

were served by email on the following counsel:

3

**Michael R. Lazerwitz**

4
mlazerwitz@cgsh.com

5

**Lee F. Berger**

6
lberger@cgsh.com

7

**Patrick J. Ahern**
patrick.j.ahern@bakernet.com

8

9

**Roxane C. Busey**
roxane.c.busey@bakernet.com

10

11

**Robert W. Tarun**
robert.w.tarun@bakernet.com

12

13

**Bruce H. Jackson**
bruce.h.Jackson@bakernet.com

14

**Joseph M. Alioto**
josephalioto@mac.com, jmiller@aliotolaw.com

15

16

**Randall Allen**
randall.allen@alston.com

17

18

**Hugh F. Bangasser**
hugh.bangasser@klgates.com

19

20

**Christopher M. Wyant**
Chris.wyant@klgates.com

21

22

**Garrard R. Beeney**
beeneyg@sullcrom.com

23

**Christopher B. Hockett**
chris.hockett@davispolk.com

24

25

**Jonathan D. Martin**
jonathan.martin@davispolk.com

26

27

**Carl L. Blumenstein**
cblumenstein@nossaman.com

28

1   **Anne E. Schneider**
2   anne.Schneider@ago.mo.gov

3   **Nicholas Weilhammer**
4   Nicholas.weilhammer@myfloridalegal.com

5   **Brendan P. Cullen**
    cullenb@sullcrom.com
6
7   **Tyler Cunningham**
    tcunningham@sheppardmullin.com
8
9   **Michael Scarborough**
    mscarborough@sheppardmullin.com
10
11  **Allison Ann Davis**
    allisondavis@dwt.com
12  **Sam N. Dawood**
    samdawood@dwt.com
13
14  **Michael F. Healy**
    michael.healy@sdma.com
15
16  **Matthew C. Lovell**
    matthew.lovell@sdma.com
17
18  **Theodore Edelman**
    edelmant@sullcrom.com
19  **Eric B. Fastiff**
    efastiff@lchb.com
20
21  **David P. Germaine**
    dgermaine@vaneklaw.com
22
23  **Brendan Patrick Glackin**
    bglackin@lchb.com
24
25  **Melvin R. Goldman**
    mgoldman@mofo.com
26  **John M. Grenfell**
    John.Grenfell@pillsburylaw.com
27
28

1  **Richard M. Heimann**
2  rheimann@lchb.com

3  **Philip J. Iovieno**
4  piovieno@bsfllp.com

5  **Andrew Scirica Kingsdale**
   akingsdale@lchb.com
6
7  **Peter Kontio**
   peter.kontio@alston.com
8
   **Andrew D. Lanphere**
9  Andrew.lanphere@pillsburylaw.com

10 **Jack W. Lee**
   jlee@minamitamaki.com
11 **Peter K. Huston**
   peter.huston@usdoj.gov, liliana.vallejo@usdoj.gov
12
13 **James McGinnis**
   jmcginnis@smrh.com
14
15 **Parker Miller**
   parker.miller@alston.com

16 **Jerome Murphy**
   jmurphy@crowell.com
17
18 **Jason C. Murray**
   jmurray@crowell.com
19
20 **Fusae Nara**
   fusae.nara@pillsburylaw.com

21 **Christopher A. Nedeau**
   cnedeau@nossaman.com
22
23 **Elizabeth C. Pritzker**
   ecp@girardgibbs.com
24
25 **Hilary Kathleen Ratway**
   hratway@hausfeldllp.com

26 **Kent M. Roger**
   kroger@morganlewis.com
27

28

**Joel Sanders**
jsanders@gibsondunn.com

**Rachel Brass**
rbrass@gibsondunn.com

**Francis O. Scarpulla**
fscarpulla@zelle.com

**Daniel R. Shulman**
daniel.shulman@gpmlaw.com

**Bruce Simon**
bsimon@pswplaw.com

**Bradley P. Smith**
smithbr@sullcrom.com

**Jacob R. Sorensen**
jake.sorensen@pillsburylaw.com

**Richard W. Stimson**
rick.stimson@alston.com

**Joshua Stokes**
jstokes@crowell.com

**Richard S. Taffet**
Richard.taffet@bingham.com

**Ernie Vargo**
evargo@bakerlaw.com

**Nick Steven Verwolf**
nickverwolf@dwt.com

**Daniel L. Warshaw**
dwarshaw@pswplaw.com

**Robert D. Wick**
rwick@cov.com

**Simon Frankel**
sfrankel@cov.com

**Derek Ludwin**
dludwin@cov.com

1   **Jeffrey Davidson**
2   jdavidson@cov.com

3   **Valarie Williams**
    valarie.williams@alston.com
4
    **Jason P. Fulton**
5   jfulton@diamondmccarthy.com

6   **Allan Diamond**
7   adiamond@diamondmccarthy.com

8   **Jim McCarthy**
    jmccarthy@diamondmccarthy.com
9
    **Marc M. Seltzer**
10  mseltzer@susmangodfrey.com

11  **Steven G. Sklaver**
12  ssklaver@susmangodfrey.com

13  **Ryan C. Kirkpatrick**
    rkirkpatrick@susmangodfrey.com
14
    **Erica W. Harris**
15  eharris@susmangodfrey.com

16

17  Dated: June 20, 2011

18

19                                      /s/ John A. Ioannou
                                        John A. Ioannou
20                                      Assistant Attorney General
                                        Office of the Attorney General
21                                      Antitrust Bureau
                                        State of New York
22                                      120 Broadway, 26th Floor
                                        Telephone: 212-416-8268
23                                      Facsimile:  212-416-6015
24                                      Email: John.Ioannou@ag.ny.gov

25

26

27

28