Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

Richard L. Schwartz (NY Bar No. 1821081)
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, NY 10271
(212) 416-8282 (Phone)
(212) 416-6015 (Facsimile)
*richard.schwartz@ag.ny.gov*
*john.ioannou@ag.ny.gov*

*Counsel for Plaintiff State of New York*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STATE OF NEW YORK,<br>By and through Eric T. Schneiderman,<br>Attorney General<br><br>                    Plaintiff,<br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>                    Defendants. | MASTER FILE NO. 3:07-md-1827 SI, MQ<br><br>MDL File No. 1827<br>CASE NO. 3:11-cv-711-SI, MQ<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>The Honorable Susan Illston |

WHEREAS the undersigned counsel, on behalf of plaintiff State of New York, filed an Amended Complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co. Ltd., LG Display America, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc., (collectively, "Stipulating Defendants"), among other defendants, on March 15, 2011 ("Complaint");

WHEREAS the Court entered its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss on August 9, 2011; and

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the Complaint;

THEREFORE, the State of New York and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer the Complaint will be September 14, 2011.

August 22, 2011

By: */s/ Michael R. Lazerwitz*
Michael R. Lazerwitz (Pro hac vice)
Jeremy J. Caslyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

| | |
|---|---|
| 1 | |
| 2 | |

```
                                        By:  /s/ Robert D. Wick
                                        Robert D. Wick (Pro hac vice)
                                        Derek Ludwin (Pro hac vice)
                                        Neil K. Roman (Pro hac vice)
                                        COVINGTON & BURLING LLP
                                        1201 Pennsylvania Avenue, N.W.
                                        Washington, DC 20004
                                        (202) 662-6000 (Phone)
                                        (202) 662-6291  (Facsimile)
                                        rwick@cov.com
                                        dludwin@cov.com
                                        nroman@cov.com

                                        Counsel for Defendants Samsung Electronics Co., Ltd.,
                                        Samsung Electronics America, Inc., and Samsung
                                        Semiconductor, Inc.


                                        By:  /s/ Christopher A. Nedeau
                                        Christopher A. Nedeau (State Bar No. 81297)
                                        Carl L. Blumenstein (State Bar No. 124158)
                                        NOSSAMAN LLP
                                        50 California Street, 34th Floor
                                        San Francisco, CA 94111-4799
                                        (415) 398-3600 (Phone)
                                        (415) 398-2438 (Facsimile)
                                        cnedeau@nossaman.com
                                        cblumenstein@nossaman.com

                                        Counsel for Defendants AU Optronics Corporation
                                        and AU Optronics Corporation America, Inc.


                                        By:   /s/ Christopher B. Hockett
                                        Christopher B. Hockett (Bar No. 121539)
                                        Neal A. Potischman (Bar No. 254862)
                                        Sandra West (Bar No. 250389)
                                        Samantha H. Knox (Bar No. 254427)
                                        DAVIS POLK
                                        1600 El Camino Real
                                        Menlo Park, California  94025
                                        (650) 752-2000 / (650) 752-2111

                                        Counsel for Defendants Chi Mei Optoelectronics
                                        Corporation, Chi Mei Optoelectronics USA, Inc. and
                                        CMO Japan Co., Ltd.
```

3

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED]
ORDER; Master Case No. 3:07-md-1827 SI, MQ Individual Action No. 3:11-cv-711-SI, MQ

| | |
|---|---|
| 1 | By: /s/ Kent M. Roger |
| | Kent M. Roger (State Bar No. 95987) |
| 2 | Herman J. Hoying (State Bar No. 257495) |
| | MORGAN LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 4 | (415) 442-1000 (Phone) |
| | (415) 442-1001 (Facsimile) |
| 5 | kroger@morganlewis.com |
| | hhoying@morganlewis.com |
| 6 | |
| 7 | Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc. |
| 8 | |
| 9 | |
| 10 | By: /s/ Jacob R. Sorensen |
| | John M. Grenfell (State Bar No. 88500) |
| 11 | Jacob R. Sorensen (State Bar No. 209134) |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 12 | 50 Fremont Street |
| | San Francisco, CA 94105 |
| 13 | (415) 983-1000 (Phone) |
| | (415) 983-1200 (Facsimile) |
| 14 | john.grenfell@pillsburylaw.com |
| 15 | |
| 16 | Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation |
| 17 | |
| 18 | By: /s/ John H. Chung |
| | John H. Chung (pro hac vice) |
| 19 | WHITE & CASE LLP |
| | 1155 Avenue of the Americas |
| 20 | New York, NY 10036 |
| | Telephone: (212) 819-8200 |
| 21 | Facsimile: (212) 354-8113 |
| 22 | Christopher M. Curran (pro hac vice) |
| | Kristen J. McAhren (pro hac vice) |
| 23 | WHITE & CASE LLP |
| | 701 Thirteenth Street, NW |
| 24 | Washington, DC 20005 |
| | Telephone: (202) 626-3600 |
| 25 | Facsimile: (202) 639-9355 |
| 26 | Counsel for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. |
| 27 | |
| 28 | |

```
                                    By: /s/ Richard L. Schwartz
                                    Richard L. Schwartz
                                    OFFICE OF THE ATTORNEY GENERAL
                                    STATE OF NEW YORK
                                    120 Broadway, 26th Floor
                                    New York, NY 10271
                                    (212) 416-8282 (Phone)
                                    (212) 416-6015 (Facsimile)
                                    richard.schwartz@ag.ny.gov
                                    john.ioannou@ag.ny.gov

                                    Counsel for Plaintiff State of New York
```

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED

Dated: ____8/25/11_____          By:__/s/ Susan Illston_____
                                          Honorable Susan Illston

---

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER; Master Case No. 3:07-md-1827 SI, MQ Individual Action No. 3:11-cv-711-SI, MQ

5