PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL (CA Bar No. 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
FUSAE NARA (*pro hac vice*)
fusae.nara@pillsburylaw.com
ANDREW D. LANPHERE (CA Bar No. 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 3:11-cv-711 SI<br><br>STATE OF NEW YORK, by and through, ERIC T. SCHNEIDERMAN, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>AU Optronics Corporation, *et al.*,<br><br>Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING SHARP'S TIME TO ANSWER AMENDED COMPLAINT** |

500928709v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

WHEREAS plaintiff State of New York filed an Amended Complaint in the above-captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Matsushita Display Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. on March 15, 2011, Dkt. no. 2556;

WHEREAS the Court granted in part and denied in part defendants' motion to dismiss the Amended Complaint on August 9, 2011;

WHEREAS Sharp Corporation and Sharp Electronics Corporation (together, "Sharp") desire a reasonable amount of time to answer the Amended Complaint;

WHEREAS the Court previously entered Orders extending the time to answer the Amended Complaint on August 25, 2011, as stipulated by Plaintiff and Sharp and on September 13, 2011, as stipulated by Plaintiff and Sharp; and

WHEREAS the requested time modification will not affect any other deadline in this case.

THEREFORE, the State of New York and Sharp hereby agree that Sharp's deadline to answer to the Amended Complaint shall be November 28, 2011.

Dated: October 25, 2011

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

By: /s/ Richard L. Schwartz
Richard L. Schwartz
Acting Bureau Chief, Antitrust Bureau
Amy McFarlane
Assistant Attorney General
Attorneys for Plaintiff
120 Broadway, 26th Floor
New York, New York 10271
(212) 416-8282 (Phone)
(212) 416-6015 (Facsimile)
Richard.Schwartz@ag.ny.gov

Attorneys for Plaintiff State of New York

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL
JACOB R. SORENSEN
FUSAE NARA
ANDREW D. LANPHERE
50 Fremont Street
San Francisco, CA 94105

By: /s/ John M. Grenfell
John M. Grenfell

Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that the concurrence of the other signatory hereto has been obtained.

IT IS SO ORDERED.

Dated: 10/25/11

Honorable Susan Illston