1 | Francis O. Scarpulla (41059)
2 | Craig C. Corbitt (83251)
    Judith A. Zahid (215418)
3 | Patrick B. Clayton (240191)
    Qianwei Fu (242669)
4 | Heather T. Rankie (268002)
    ZELLE HOFMANN VOELBEL & MASON LLP
5 | 44 Montgomery Street, Suite 3400
    San Francisco, CA  94104
6 | Telephone:  (415) 693-0700
    Facsimile:   (415) 693-0770
7 | *fscarpulla@zelle.com*

8 | Joseph M. Alioto (42680)
    Theresa D. Moore (99978)
9 | ALIOTO LAW FIRM
    225 Bush Street, 16th Floor
10 | San Francisco, CA 94104
    Telephone:  (415) 434-8900
11 | Facsimile:   (415) 434-9200
    *josephalioto@mac.com*

12 | *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

13

14

15 | **UNITED STATES DISTRICT COURT**

16 | **NORTHERN DISTRICT OF CALIFORNIA**

17 | **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>All Indirect-Purchaser Actions;<br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOSED~~] **ORDER ADVANCING HEARING FOR INDIRECT-PURCHASER PLAINTIFFS' AND SETTLING STATES' JOINT MOTION FOR PRELIMINARY APPROVAL**<br><br>The Honorable Susan Illston |

27

28

---

The Indirect-Purchaser Plaintiffs ("IPPs") have moved for an order advancing the hearing for the IPPs' and Settling States' Joint Motion for Preliminary Approval.

The Court, having reviewed the motion and the record on file in this action, finds that this motion should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The hearing on the IPPs' and Settling States' Joint Motion for Preliminary Approval shall be held on January 20, 2012, at 9:00 a.m.

2.  The briefing schedule provided under Civil Local Rule 7-3 in connection with the IPPs' and Settling States' Joint Motion for Preliminary Approval is unaffected.

**IT IS SO ORDERED.**

Dated: 12/27/11

_____
The Honorable Susan Illston,
United States District Judge

3226432v02

1

[PROPOSED] ORDER ADVANCING HEARING FOR INDIRECT-PURCHASER PLAINTIFFS' AND SETTLING STATES' JOINT MOTION FOR PRELIMINARY APPROVAL – CASE NO. 3:07-MD-1827 SI